UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DEMETRIUS SELBY, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CV421-021 |
| | ) |
| BAHAMA JOE'S COAST TO COAST, INC., | ) |
| | ) |
| Defendant. | ) |

## REPORT AND RECOMMENDATION

After the parties failed to file a Status Report before the deadline set by the Court's Scheduling Order, doc. 13, the Court afforded them an opportunity to submit a Status Report and to show cause why they did not comply with the deadline. Doc. 14. They have not responded to the Order. *See* docket (The parties have not submitted any filings since the Court's Order to Show Cause, doc. 14.).

A district court retains the inherent power to police its docket and to enforce its orders. *Link v. Wabash Railroad Co.*, 370 U.S. 626, 630-31 (1962); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Brown v.*

*Tallahassee Police Dept.*, 2006 WL 3307444, *1 (11th Cir. 2006). Under the Federal Rules of Civil Procedure, a complaint may be dismissed either for failure to prosecute or for failure to comply with an order of the court. Fed. R. Civ. P. 41(b). Additionally, this Court's Local Rules provide that the Court may dismiss an action for want of prosecution when a party has "willful[ly] disobe[yed] . . . any order of the Court" or for "[a]ny other failure to prosecute a civil action with reasonable promptness." S.D. Ga. L.R. 41.1(b), (c). The parties' disregard of *multiple* orders of this Court warrants dismissal of this action under Rule 41(b). No sanction short of dismissal appears appropriate given the parties' repeated failure to show any interest in participating in this action. *Mingo*, 864 F.2d at 102; *Goforth v. Owens*, 766 F.2d 1533, 1534 (11th Cir. 1985). Accordingly, this case should be **DISMISSED**.

    This report and recommendation (R&R) is submitted to the district judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 72.3. Within 14 days of service, any party may file written objections to this R&R with the Court and serve a copy on all parties. The document should be captioned "Objections to Magistrate Judge's Report and Recommendations." Any request for additional time

to file objections should be filed with the Clerk for consideration by the assigned district judge.

After the objections period has ended, the Clerk shall submit this R&R together with any objections to the assigned district judge. The district judge will review the magistrate judge's findings and recommendation pursuant to 28 U.S.C. § 636(b)(1)(C). The parties are advised that failure to timely file objections will result in the waiver of rights on appeal. 11th Cir. R. 3-1; *see Symonette v. V.A. Leasing Corp.*, 648 F. App'x 787, 790 (11th Cir. 2016); *Mitchell v. United States*, 612 F. App'x 542, 545 (11th Cir. 2015).

**SO REPORTED AND RECOMMENDED**, this 21st day of December, 2021.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA